No. 795. DAVID H. EDINGTON, TRUSTEE, ETC., APPEL-

220 U. S.   Cases Disposed of Without Consideration by the Court.

LANT, *v.* FRANCES D. MASSON ET AL.   Appeal from the United States Circuit Court of Appeals for the Fifth Circuit.   May 29, 1911.   Dismissed with costs, on motion of counsel for the appellant.   *Mr. Charles Payne Fenner* and *Mr. H. Snowden* for the appellant.   *Mr. Harry T. Smith* for the appellees.